UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN N. TAYLOR, | No. C 07-639 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PELICAN BAY; et al., | |
| Defendants. | |

Judgment is now entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 1, 2010

_____
Marilyn Hall Patel
United States District Judge